IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

KENEGEE E. FORD,

      Plaintiff,

v.                                                                                    Case No. 23-CV-88-JFH-JAR

MERCY CLINIC et al.,

      Defendant.

### ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Jason A. Robertson. Dkt. No. 11. The Magistrate Judge recommends that the case dismissed without prejudice for failure to timely serve, failure to prosecute, and failure to comply with the Court's order to show cause [Dkt. No. 9]. Dkt. No. 11.

Neither party objected to the Magistrate Judge's Report and Recommendation within the fourteen-day period prescribed by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b). Having reviewed the Report and Recommendation, the Court concurs with the Magistrate Judge's recommendation and accepts and adopts it as the order of this Court. On that basis, this matter is DISMISSED without prejudice.

IS SO ORDERED this 17th day of January 2024.

                                        JOHN F. HEIL, III
                                        UNITED STATES DISTRICT JUDGE